**\*E-Filed 05/13/2010\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID QUESADA, | No. C 08-02869 RS |
| Petitioner, | **ORDER LIFTING STAY AND REOPENING CASE** |
| v. | |
| MIKE KNOWLES, Acting Warden, | |
| Respondent. | |

This case was stayed by order of the Court on September 19, 2008, pending the Ninth Circuit's decision in *Hayward v. Marshall*. That case has now been decided. No. 06-55392, 2010 WL 1664977 (9th Cir. Apr. 22, 2010) (en banc). Accordingly, the stay herein is hereby lifted. The Clerk is directed to re-open the file.

IT IS SO ORDERED.

Dated: 05/13/2010

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE