**E-Filed 3/29/2011**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DAVID QUESADA, | Case Numbers 05:06-cv-00629 JF |
| Petitioner, | |
| v. | ORDER RELATING CASES |
| JOHN MARSHALL, Warden, | |
| Respondent. | |

Petitioner has filed two separate actions seeking a writ of habeas corpus: Case No. 05:06-00629 and Case No. 5:08-cv-2869.  Although both cases were originally assigned to the undersigned, Case No. 5:08-cv-2869 subsequently was reassigned to Judge Richard Seeborg.  It appears that the two cases are related within the meaning of Civil Local Rule 3-12(a).  Accordingly, Case No. 5:08-cv-2869 is HEREBY RELATED to Case No. 5:06-00629 and be reassigned to the undersigned.  In the future, the parties shall refer to the cases as follows:

Case No. 5:06-00629-JF

Case No. 5:08-cv-2869-JF

IT IS SO ORDERED.

DATED: March 29, 2011

_____
JEREMY FOGEL
United States District Judge